UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-771-Orl-22LRH

JORDAN RIDDLE

    Plaintiff,

vs.

ORANGE COUNTY SCHOOL BOARD,
a Governmental Entity,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through undersigned counsel and pursuant to M.D. Local Rule 3.08, hereby files this Joint Notice of Settlement of all claims between Plaintiff Jordan Riddle and Defendant Orange County School Board.

| | |
|---|---|
| Dated: April 1, 2020 | Dated: April 1, 2020 |
| */s/ William E. Ruffier* | */s/ Gail C. Bradford* |
| WILLIAM E. RUFFIER, ESQ. | WILLIAM E. LAWTON , ESQ. |
| Florida Bar No. 0603872 | Florida Bar No. 0163236 |
| Dellecker, Wilson, King, McKenna, Ruffier & Sos, LLP | GAIL C. BRADFORD, ESQ. |
| | Florida Bar No. 0295980 |
| 719 Vassar Street | Dean, Ringers, Morgan & Lawton, P.A. |
| Orlando, FL 32804 | Post Office Box 2928 |
| Tel: 407-244-3000   Fax: 407-244-3033 | Orlando, FL 32802-2928 |
| WEReservice@dwklaw.com | Tel: 407-422-4310   Fax: 407-648-0233 |
| wruffier@dwklaw.com | wlawton@drml-law.com |
| Attorneys for Plaintiff | gbradford@drml-law.com |
| | Attorneys for Defendant |

**I HEREBY CERTIFY** that on April 1, 2020, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to William E. Ruffier, Esquire, Dellecker Wilson King McKenna & Ruffier, LLP, 719 Vassar

1

Street, Orlando, FL  32804.

                                                */s/ Gail C. Bradford*
                                          GAIL C. BRADFORD, ESQ.
                                          Florida Bar No. 0295980
                                          Dean, Ringers, Morgan & Lawton, P.A.
                                          Post Office Box 2928
                                          Orlando, Florida 32802-2928
                                          Tel: 407-422-4310  Fax: 407-648-0233
                                          GBradford@drml-law.com
                                          Attorneys for Defendant